EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                    | 2024 TSPR 135   |
|                           |                 |
| Magda F. Zambrana Toro    | 215 DPR ___     |

Número del Caso: TS-15,871


Fecha: 20 de diciembre de 2024


Representante legal de la peticionaria:

    Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Magda F. Zambrana Toro                    TS-15,871

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de diciembre de 2024.

Atendida la *Moción solicitando readmisión al ejercicio de la abogacía* presentada el 18 de diciembre de 2024, se provee ha lugar. En consecuencia, se reinstala a la Sra. Magda F. Zambrana Toro únicamente al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo